IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-119-F

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,         )
                                   )
        v.                         )
                                   )
$1,662.00 IN U. S. CURRENCY,       )
                                   )
                Defendant.         )

## DEFAULT JUDGMENT

This matter is before the Court on Plaintiff's Motion for
Default Judgment. It appearing that a copy of the Complaint
herein was served upon the defendant and that publication has
been duly made, in accordance with Supplemental Rule G(4), and,
thus, that due notice was given accordingly, the Court finds
that:

1. Process was duly issued in this cause and the defendant
was duly seized by the Bureau of Alcohol, Tobacco, Firearms and
Explosives pursuant to said process;

2. No entitled persons have filed any claim to the
defendant nor answer regarding them within the time fixed by
law; and

1

3.   The well-plead allegations of the Complaint in respect
to the defendant are taken as admitted, as no one has appeared
to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1.   Default judgment be and the same is hereby entered
against the defendant;

2.   All persons claiming any right, title, or interest in
or to the said defendant are held in default;

3.   The defendant is forfeited to the United States of
America;

4.   This Court entered Default in this action at Docket
Entry #10;

5.   The U. S. Department of Justice is hereby directed to
dispose of the defendant according to law; and

6.   Upon the entry of this judgment, the Clerk of Court is
DIRECTED to close this case.

SO ORDERED this 16th day of December, 2013.


_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE


2